UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ABDELHAMID ABDELNABI,

Petitioner,

v.                                              CAUSE NO. 3:26-CV-523-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with

the order granting habeas relief by releasing the petitioner from the Miami Correctional

Facility on supervised release on June 23, 2026. ECF 11. The court entered the order

granting habeas relief on June 23, 2026. ECF 9.

For these reasons, the court **DIRECTS** the clerk to enter judgment consistent

with the order granting habeas relief (ECF 9) and to close this case.

SO ORDERED on June 29, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT